IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:02CR33-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JERRY LEE CODY, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed September 26, 2005[1], remanding this case for resentencing pursuant to United States v. Booker, 125 S.Ct. 738 (2005).

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby scheduled for resentencing on **Tuesday, February 21, 2006, at 3:00 PM** in the Statesville Division;

2) The U.S. Marshal is directed to return Defendant to the Western District of North Carolina **on or before January 31, 2006**; and

3) A copy of this order shall be sent to the Defendant, Federal Defender, United States Attorney, United States Marshal Service, United States Probation Office, and Courtroom Deputy.

---

[1] The mandate issued October 18, 2005.

**Signed: December 9, 2005**

Richard L. Voorhees
United States District Judge

**Signed: January 10, 2006**

Richard L. Voorhees
United States District Judge