IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:02cr33-4-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | SCHEDULING ORDER |
| ) | |
| JERRY LEE CODY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed August 6, 2007[1], remanding this case for resentencing.

**IT IS, THEREFORE, ORDERED** that a sentencing hearing is hereby scheduled for **August 4, 2008, at 9:30 a.m.**, in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina.

**IT IS FURTHER ORDERED** that the United States Marshal Service transport Defendant to the United States Courthouse in Statesville, North Carolina and make him available for the sentencing hearing scheduled for August 4, 2008, at 9:30 a.m.

**IT IS FURTHER ORDERED** that a copy of this order be sent to the Defendant, Defense Counsel, the United States Attorney, the United States Marshal Service, and the United States Probation Office.

Signed: April 11, 2008

Richard L. Voorhees
United States District Judge

---

[1] The mandate issued on March 14, 2008.